# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-670

**Effective Date of Registration:**
July 28, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Opossums and Roses |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | June 22, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gwendolyn Wood |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gwendolyn Wood |
| | 327 Belmont Ave E apt 8, Seattle, WA, 98102, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gwendolyn Wood |
| **Email:** | gwendolynwood1@gmail.com |
| **Address:** | 327 Belmont Ave E apt 8 |
| | Seattle, WA 98102 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 28, 2025 |
| **Applicant's Tracking Number:** | GW2025072901 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-357

**Effective Date of Registration:**
July 28, 2025
**Registration Decision Date:**
November 24, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Chickens and Chicory |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | September 22, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Gwendolyn Wood |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Gwendolyn Wood |
|  | 327 Belmont Ave E apt 8, Seattle, WA, 98102, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Gwendolyn Wood |
| **Email:** | gwendolynwood1@gmail.com |
| **Address:** | 327 Belmont Ave E apt 8 |
|  | Seattle, WA 98102 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 28, 2025 |
| **Applicant's Tracking Number:** | GW2025072902 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-166

**Effective Date of Registration:**
July 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Hyenas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | September 09, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gwendolyn Wood |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gwendolyn Wood |
| | 327 Belmont Ave E apt 8, Seattle, WA, 98102, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gwendolyn Wood |
| **Email:** | gwendolynwood1@gmail.com |
| **Address:** | 327 Belmont Ave E apt 8 |
| | Seattle, WA 98102 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 28, 2025 |
| **Applicant's Tracking Number:** | GW2025072903 |

Page 1 of 2

